UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| UNITED STATES ex rel. PHILIP HESS,[1] Bringing this action on behalf of the United States Government, )))))) | |
| Plaintiff, )) | |
| vs. )) | Case No. 4:05CV570MLM |
| SANOFI-SYNTHELABO INC., )))) | |
| Defendant. ) | |

## ORDER OF DISMISSAL

In accordance with the court's Memorandum Opinion entered this day and incorporated herein,

**IT IS HEREBY ORDERED, ADJUDGED AND DECREED** that Plaintiff's Complaint is **DISMISSED,** with prejudice. [1]

/s/ Mary Ann L. Medler
MARY ANN L. MEDLER
UNITED STATES MAGISTRATE JUDGE

Dated this 21st day of April, 2006.

---

[1] Plaintiff has pending a second cause of action against Defendant alleging wrongful discharge and tortious interference with business relations and business expectations. Case No. 4:05CV2195MLM. Plaintiff's second cause of action remains pending.